UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF ILLINOIS

------------------------------------------x
:
EDWARD J. DABROWSKI, individually and :
on behalf of all others similarly Situated, : **C.A. No.** 1:11-CV-01136
:
      Plaintiff, :
 -against- :
:
SMURFIT-STONE CONTAINER :
CORPORATION, RALPH F. HAKE, PATRICK :
J. MOORE, TIMOTHY J. BERNLOHR, :
TERRELL K. CREWS, EUGENE I. DAVIS, :
MICHAEL E. DUCEY, JONATHAN F. :
FOSTER, ERNST A. HABERLI, JAMES J. :
O'CONNOR, ROCK-TENN COMPANY, and :
SAM ACQUISITION, LLC, :
:
      Defendants. :
:
------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff Edward J. Dabrowski by this notice voluntarily dismisses this action without prejudice.

Dated: August 4, 2011

      **POMERANTZ HAUDEK**
       **GROSSMAN & GROSS LLP**

     By: _s / Josh Silverman_ .
       Josh Silverman

     Patrick V. Dahlstrom
     Ten South LaSalle Street, Suite 3505
     Chicago, Illinois 60603
     Telephone: (312) 377-1181
     Facsimile: (312) 377-1184

**POMERANTZ HAUDEK
  GROSSMAN & GROSS LLP**
Marc I. Gross
Jason S. Cowart
Matthew L. Tuccillo
100 Park Avenue
New York, New York 10017
Telephone: (212) 661-1100
Facsimile: (212) 661-8665

**VITA LAW OFFICES, P.C.**
Richard Vita
77 Franklin Street
Boston, MA 02110
Telephone: (617) 426-6566
Facsimile: (617) 249-2119

*Attorneys for Plaintiff*